COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Joseph Bradley Cockrell
Attorney at Law
412  W. University Ave. #206
Lafayette, LA LA 70506

R. Michael Moity, Jr.
The Moity Law Firm
340 Weeks St.
New Iberia LA 70560

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on July 1, 2020

**REHEARING ACTION: July 1, 2020**

**Docket Number: 20   00006-KW**

**STATE OF LOUISIANA
VERSUS
RAYNALDO MARKEITH SAMPY, JR.**

**Writ Application from Lafayette City Court Parish Case No. DT 2018-00238, SC
2018-00045**

<u>**BEFORE JUDGES**</u>**:**

> **Hon. Shannon J. Gremillion
> Hon. D. Kent Savoie
> Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Raynaldo Markeith Sampy, Jr.** is:

> **REHEARING DENIED**.  Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Amanda Liotto-Rogers, Counsel for  the Respondent